U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED FEB - 1 2018
CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**Application**
**Under Section 706 (f)**
**of <u>Civil Rights Act of 1964</u>**
**42 U.S.C. §2000e - 5(f)(1)**

Declaring that the information I have given below is true and correct, I apply to the court for:

( ☐ ) Appointment of an attorney.

( ✓ ) Authority to commence an action without prepayment of fees, costs or security.

---

## I. Personal Financial Data

A. Your full name and present mailing address:
Marilyn Hamilton

Telephone: 337-412-8918

B. Are you presently employed? Yes X No ____

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.
East Baton Rouge Parish School system.

Weekly earnings? $880

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: ____________

Weekly earnings: ____________

C. Approximately how much money have you received in the past twelve months:

as wages, salary, commissions or earned income of any kind?

$ 43,000

as interest, dividends, rents or investments of any kind?

$ ______

as gifts or inheritance?

$ ______

from social security, unemployment compensation or any form of state or federal welfare payments or benefits?

$ ______

from pensions, annuities, workmen's compensation, disability or other insurance policies?

$ ______

from all other sources?

$ ______

D. How much money do you own or have in any checking or savings accounts?

$ 1.00

E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?

Yes ______ No X

If the answer is "yes," describe the property and state its approximate value:

F. How much money do you owe to others?

$ 20,000

As to each debt over $100.00, state the name of the creditor and the amount owed:

G. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

none

H. Are there any other persons regularly residing in your household who are over the age of eighteen and who are presently employed?

Yes ______ No X

If the answer is "yes," give the following information for each such person:

Name:

Relationship:

Employer:

Weekly earnings:

I. Any other information which you believe supports your claim that you cannot financially afford to make payment of court fees.

I HAD TO CASH OUT MY 401k THAT WAS WORTH OVER $17.000 DOLLOARS.

## II. NATURE OF ALLEGED DISCRIMINATION

A. Describe in you own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies and bodies you say have engaged in such practices. (Attach an additional sheet, if necessary.)

I AM COMPLAINING ABOUT PROMISE HEALTHCARE. THEIR CORPORATE OFFICE IS LOCATED IN BOCA RATON, FLORIDA. HOWEVER, MY COMPLAINT IS AGAINST THE CEO AND REGIONAL DIRECTOR OF HR IN BATON ROUGE LA. I INFORMED MY BOSS IN JANUARY OF 2017 (REGIONAL DIRECTOR OF HR) THAT I WAS FILING AN EEOC COMPLAINT AGAINST THE CEO. I HAD JUST RECEIVED A RAISE FROM MY MERIT REVIEW PROCESS THE SAME MONTH, AND WAS FIRED SEVERAL WEEKS LATER. MY ASSUMPTION IS BECAUSE I DISCLOSED MY FILING OF THE EEOC CLAIM WEEKS EARLIER.

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?

Yes __X__ No ______

If "yes," attach a copy of such charge.

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?

Yes __X__ No ______

If "yes," attach a copy of such letter and notice and state when you received the same.

Date received: 11/02/2017

D. Have you received from the EEOC a copy of its Determination with regard to your charges?

Yes __X__ No ______

If "yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

I UNDERSTAND THAT THE EEOC IS OVERWHELMED WITH CASES AND THEY HAVE TO BE SELE CTIVE WITH THE CASES THEY TAKE. HOWEVER, I FEEL THAT MY CASE HAS MERIT ESPECIALLY WHEN I WAS THE HR

E. List any other information you desire to disclose which supports you claim of discriminatory employment practices.

THE CEO HAD EITHER FIRED OR FORCED/ENCOURAGED 5-7 WOMEN TO RESIGN IN A 6 MONTH PERIOD. THE CEO ALLEGEDLY HAS FRAUD CHARGES AGAINST HIM AT THE JOB BY ALLOWING HIS BROTHER TO DIE AT OUR FACILITY SO THAT HE COULD BE CLOSE TO HIM. HE ALLOWED MICROWAVES, REFRIDGERATORS IN HIS ROOM, WHEN NO OTHER PATIENT WAS GRANTED THOSE PRIVILEDGES..

## III. EFFORTS TO OBTAIN ATTORNEY

A. Have you talked with any attorney about handling your claim?

Yes ______ No X

If "yes," give the following information about each attorney with whom you talked:

Attorney:

When:

Where:

How (in person, by phone, etc.):

Why the attorney was not employed to handle your claim:

Attorney:

When:

Where:

How (in person, by phone, etc.):

Why the attorney was not employed to handle your claim:

Attorney:

When:

Where:

How (in person, by phone, etc.):

Why the attorney was not employed to handle your claim:

B. Explain any other efforts you have made to contact an attorney to handle your claim:

C. List any other information which supports your application for the court to appoint counsel:

AS A HUMAN RESOURCE PROFESSIONAL, I FEEL THAT MY CASE VALIDATES A CLASSIC CASE OF EMOTIONS GONE ARRAY. I FILED MY EEOC COMPLAINT, THEY WERE ANGRY, AND FELT I THOUGJT THAT I HAD THEM OVER A BARREL. I HAVE TERMINATED MULTIPLE EMPLOYEES WITH THIS COMPANY, AND IT TOOK A TON OF DOCUMENTATION, AT TIMES MORE THAN 100 PAGES. THEY TERMINATED ME WITHOUT ANY PROGRESSIVE DISCIPLINE. I HAD PREVIOUSLY DEALT WITH THE CEO, WITH RESPECT TO

D. Name and address of each attorney who has represented you in the last ten years:
N/A

**IV. ATTESTATION AND SIGNATURE**

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Date: 01/29/18

Signature

7516 Bluebonnet Blvd. #192
Baton Rouge, LA 70810

337-412-8918

WITNESSES:

____________________________________

____________________________________

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Marilyn Hamilton
name of plaintiff(s)

CIVIL ACTION

versus

NO.________________________)

Promise Healthcare
name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

EEOC Claim- I have received a Notice of right to sue- Discrimination and Wrongful termination-

2. Plaintiff, Marilyn Hamilton resides at

7516 Bluebonnet Blvd #192, Baton Rouge,
street address city

EBR, LA, 70810, 337-412-8918
parish state zip code telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

N/A

3. Defendant, PRomise Healthcare lives at, or

its business is located at 8224 Summa AVE,
street address

Baton Rouge, EBR, LA,
city parish state

70809, 225-490-9600.
zip code telephone number

**(if more than one defendant, provide the same information for each defendant below)**

N/A

4. **Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):**

I was not given any progressive discipline policies and procedures were violated I ~~was~~ informed company I had filed an EEOC case on 1/31/17 + was terminated 2/21/17 I received a raise 1/1/17

5. **Prayers for Relief (list what you want the Court to do):**

a. restitution (401K - DAYS lost - defamation of character

b. Company to be consistent ~~when~~ and fair

c. Company to follow policy when terminating employees

d.

**I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.**

**Signed this** 1 **day of** February **, 20**18

[signature]

**(signature of plaintiff (s))**

7516 Bluebonnet Blvd. #192
Baton Rouge, LA
70810
337-412-8918